AO 243 (Rev. 01/15)                **CORRECTED (current form)**               Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Freddie James McQueen | Docket or Case No.: 2:05-CR-14088 |
| Place of Confinement: FCC Coleman Medium | Prisoner No.: |
| UNITED STATES OF AMERICA  V.  Freddie James McQueen | Movant (include name under which convicted) |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Southern District of Florida

   FILED BY _____ D.C.
   DEC 19 2019
   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI

   (b) Criminal docket or case number (if you know): 2:05-CR-14088

2. (a) Date of the judgment of conviction (if you know): unknown
   (b) Date of sentencing: January 24, 2019

3. Length of sentence: 262 Months

4. Nature of crime (all counts):
   Title 18 U.S.C. 922(g)(1)
   Title 21 U.S.C. 841(a)(1)
   Title 21 U.S.C. 846

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   N/A

   Cat/div 510
   Case # 05CR14088
   Judge _____ Mag Reid
   Motn ifp _____
   Receipt # _____ Fee pd $ _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

AO 243 (Rev. 01/15) Page 3

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised:

   N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): N/A
   (2) Result: N/A
   (3) Date of result (if you know): N/A
   (4) Citation to the case (if you know): N/A
   (5) Grounds raised:

   N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A
        (4) Nature of the proceeding: N/A
        (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒
(7) Result: _____ N/A _____
(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court: N/A
   (2) Docket of case number (if you know): N/A
   (3) Date of filing (if you know): N/A
   (4) Nature of the proceeding: N/A
   (5) Grounds raised:

   N/A

   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ☐   No ☒
   (7) Result: _____ N/A _____
   (8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:   Yes ☐   No ☒
   (2) Second petition:  Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

   N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)

Page 5

**GROUND ONE:** Petitioner is actually, factually, and legally innocent of his 18 U.S.C. 922(g)(1) in regards to United States v. Rehaif, 139 S.Ct. 2191 (2019).

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner is actually, factually, and legally innocent of his 18 U.S.C. 922(g)(1). Petitioner is serving an unconstitutional sentence in regards to Rehaif. Petitioner's indictment is fatally flawed and defective and was not given the proper jury instructions at trial which violated Petitioner's 5th, 6th, and 8th Amendment Rights to the United States Constitution.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
      N/A

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
      Type of motion or petition:  N/A
      Name and location of the court where the motion or petition was filed:
        N/A
      Docket or case number (if you know):  N/A
      Date of the court's decision:  N/A
      Result (attach a copy of the court's opinion or order, if available):
        N/A

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☒
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☒
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☒

AO 243 (Rev. 01/15)                                                                                         Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____N/A_____

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:** Petitioner is within his one year time limitation of his 28 U.S.C. 2255(f)(3).

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner is within his one year time limitation pursuant to his 28 U.S.C. 2255(f)(3) of his United States v. Rehaif claim. See Richardson v. United States, 526 U.S. 8130817 (1999) and Dobb v. United States, 545 U.S. 357 (2005).

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed:

__N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

__N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:** __N/A__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

      N/A

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):

N/A

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☒

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed:
  N/A
  Docket or case number (if you know): N/A
  Date of the court's decision: N/A
  Result (attach a copy of the court's opinion or order, if available):
  N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes [ ]   No [X]

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes [ ]   No [X]

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes [ ]   No [X]

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

    N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):

    N/A

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

    N/A

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    N/A

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes [ ]   No [X]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                               Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:
PRO SE

(b) At the arraignment and plea:
PRO SE

(c) At the trial:
PRO SE

(d) At sentencing:
PRO SE

(e) On appeal:
PRO SE

(f) In any post-conviction proceeding:
PRO SE

(g) On appeal from any ruling against you in a post-conviction proceeding:
PRO SE

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
N/A

(b) Give the date the other sentence was imposed:   N/A
(c) Give the length of the other sentence:   N/A
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Petitioner is within his one year time limitation of his United States v. Rehaif claim. See Richardson v. United States, 526 U.S. 813-817 (1999) and Dobb v. United States, 545 U.S. 357 (2005).

AO 243 (Rev. 01/15)                                                                                                                                Page 12

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                             Page 13

Therefore, movant asks that the Court grant the following relief: Petitioner requests remand of his conviction and requests immediate release.

---

or any other relief to which movant may be entitled.

_____  pro-se
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___12/10/19___.
(month, date, year)

Executed (signed) on ___12/10/19___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

FREDDIE JAMES MCQUEEN   REG. #75379-004
C-2 FEDERAL CORRECTION COMPLEX MEDIUM
P.O. BOX 1032
COLEMAN, FL. 33521

Clerk of Court
U.S. District Court
Southern District of
400 North MIAMI Av
MIAMI, FL 32128


